```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :

          - v. -                    :
                                         INDICTMENT
EMANUEL MEDEIROS,                   :
     a/k/a "Joseph Garcia,"              08 Cr.
                                    :
                    Defendant.
- - - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 2 6 2008

08 CRIM 583

Judge McMahon

## COUNT ONE

The Grand Jury charges:

From at least in or about 2004 through on or about June 18, 2008, in the Southern District of New York and elsewhere, EMANUEL MEDEIROS, a/k/a "Joseph Garcia," the defendant, unlawfully, willfully, and knowingly, having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, for the purpose of executing such scheme and artifice, and attempting so to do, did place in a post office and authorized depository for mail matter, a matter and thing to be sent and delivered by the Postal Service and did deposit and cause to be deposited a matter and thing to be sent and delivered by private and commercial interstate carrier, and did take and receive therefrom, such matter and thing, and did knowingly cause to be delivered by mail and such carrier according to the direction thereon, such matter and thing, to wit, MEDEIROS caused Boom Global Media to mail from New York, New York, to companies located throughout the world,

thousands of renewal notices in an effort to trick the companies into paying for services that they had not in fact agreed to purchase and that Boom Global Media did not in fact provide.

(Title 18, United States Code, Sections 1341 and 2).

_____          _____
FOREPERSON                                MICHAEL J. GARCIA
                                          United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

===

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

===

UNITED STATES OF AMERICA

- v. -

EMANUEL MEDEIROS,
a/k/a "Joseph Garcia,"

Defendant.

===

**INDICTMENT**

08 Cr.

(18 U.S.C. §§ 1341 and 2)


MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*
Foreperson.

===

*Indictment filed. Case assigned Judge Marrero.*

SRM
6/26/08

— Maas, J.