

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 1, 2008

**By Hand**
The Honorable Colleen McMahon
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

MEMO ENDORSED

The Court will hold a pre-trial conference on July 29, 2008 at 9:30AM. Time is excluded in the interest of justice.

/s/ McMahon

Re:   *United States v. Emanuel Medeiros*, 08 CR 583 (CM)

Dear Judge McMahon:

A complaint was filed against the defendant on June 19, 2008 and that same day he was presented before Magistrate Judge Andrew Peck. The defendant was granted bail, provided he meet the following conditions: $500,000 personal recognizance bond, secured by $50,000 cash and five financially responsible co-signers; regular pre-trial supervision out of the District of Michigan, travel restricted to the Southern and Eastern Districts of New York, the District of Michigan, and Canada; and waiver of extradition. To date, the defendant remains in custody. A copy of the complaint is enclosed.

The Grand Jury returned an indictment in this case on June 26, 2008, and it was wheeled out to Your Honor that same day. The defendant was arraigned before Magistrate Judge Debra Freeman on July 1, 2008. A copy of the indictment is enclosed.

The parties respectfully request a date for their first pre-trial conference that is convenient for the Court.

Pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A), and with the consent of the defendant, Magistrate Judge Debra Freeman excluded time until July 31, 2008, as the parties are discussing a possible disposition in this matter.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By:   *Julian J. Moore*
Julian J. Moore
Assistant U.S. Attorney
(212) 637-2473

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/08

cc: Philip Weinstein, Esq. (by fax)